## 56453. WILLIAMS v. THE STATE.

BIRDSONG, Judge.

Appellant's sole enumeration of error contends that the trial court erred in denying his motion to appeal in forma pauperis. *Held:*

1. "The ruling of the trial court on all issues of fact concerning the ability of a party to pay costs or give bond is final under the provisions of [Code Ann. § 24-3413] and is not subject to review. [Cit.]" *Grace v. Caldwell*, 231 Ga. 407, 409 (202 SE2d 49). See Code Ann. § 24-3413.

2. "The burden is on him who asserts error to show it affirmatively by the record." *Roach v. State*, 221 Ga. 783 (4) (147 SE2d 299). The record does not support

appellant's contention.

*Judgment affirmed. Bell, C. J., and Shulman, J., concur.*

SUBMITTED SEPTEMBER 19, 1978 — DECIDED OCTOBER 18, 1978.

*Herbert Shafer,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, H. Allen Moye, Assistant District Attorneys,* for appellee.